669 A.2d 338

**COMMONWEALTH of Pennsylvania**

v.

**William NIEVES, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 5, 1995.

Decided Dec. 29, 1995.

Jack McMahon, Philadelphia, for William Nieves.

Catherine Marshall, Karen A. Brancheau, Robert A. Graci, Office of Attorney General, for the Commonwealth.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY and CASTILLE, JJ.

## ORDER

PER CURIAM:

Case remanded to Court of Common Pleas of Philadelphia for an evidentiary hearing on the issue of ineffective assistance of counsel. Jurisdiction retained.